# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBII | CASE No C 18-cv-00473-KAW |
| Plaintiff(s) | |
| v. | STIPULATION AND ~~[PROPOSED]~~ |
| | ORDER SELECTING ADR PROCESS |
| ACCEL CAPITAL INC. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☑ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☐ **Private ADR** (*specify process and provider*)


The parties agree to hold the ADR session by:

- ☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☐ other requested deadline:


Date: 7/2/2018          /s/Todd M. Friedman
_____
                        Attorney for Plaintiff
Date: 7/19/2018         /s June D. Coleman
_____
                        Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:


Date: 7/20/2018          *Haywood S. Gilliam, Jr.*
                        U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*