# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEL CAPTIAL INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 4:18-cv-00473-HSG<br><br>**ORDER** |

IT IS HEREBY ORDERED that Plaintiff's counsel's Motion to Appear by Telephone at the Initial Case Management Conference on August 7, 2018, at 2:00 p.m. is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 6th day of August, 2018

_____
The Honorable Haywood S. Gilliam, Jr.