1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                OAKLAND DIVISION

11   ABANTE ROOTER AND                    CASE NO. 4:18-CV-00473-HSG
     PLUMBING INC., individually and
12   on behalf of all others similarly    **Hon. Haywood S. Gilliam, Jr.**
13   situated,
14            Plaintiff,                   **ORDER GRANTING
                                           DEFENDANT ACCEL CAPITAL,
15        vs.                              INC.'S MOTION TO APPEAR
                                           TELEPHONICALLY AT CASE
16   ACCEL CAPITAL, INC., and DOES         MANAGEMENT CONFERENCE**
     1 through 10, inclusive, and each of
17   them                                  Date:   August 7, 2018
18                                         Time:   2:00 p.m.
            Defendant.                     Place:  Courtroom 2, 4th Floor,
19                                                 1301 Clay St.
20                                                 Oakland, California
21
22
23

24        Upon consideration of Defendant ACCEL CAPITAL, INC.'s ("Defendant")

25   Motion to Appear Telephonically at the Case Management Conference ("CMC") on

26   August 7, 2018, at 2:00 p.m., and good cause having been shown, it is hereby

27   ORDERED that the Defendant's Motion is GRANTED.

28

{00097410;1}

ORDER GRANTING DEFENDANT'S
MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
CASE NO. 4:18-cv-00473-HSG

1      Defendant's counsel shall be permitted to participate by telephone at the Case

2

3 Management Conference, which is scheduled for August 7, 2018 at 2:00 p.m. in

4 Courtroom 2, 4th Floor, 1301 Clay St., Oakland, California.  Counsel shall contact

5

6 CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

7

8

9      IT IS SO ORDERED.

10 Dated: <u>August 6, 2018</u>

11               Hon. Haywood S. Gilliam, Jr.

{00097410;1}

ORDER GRANTING DEFENDANT'S
MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
CASE NO. 4:18-cv-00473-HSG