# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>vs. <br><br>ACCEL CAPITAL INC, and DOES 1 through 10, inclusive, and each of them, <br><br>Defendant. | Case No. <br><br>4:18-cv-00473-HSG <br><br>**~~Proposed~~ Order to dismiss** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this <u>1st day of February 2019.</u>

*/s/ Haywood S. Gilliam Jr.*
Honorable Judge of the District Court

[Proposed]Order to Dismiss - 1